People v Reed (2025 NY Slip Op 06516)

People v Reed

2025 NY Slip Op 06516

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025

PRESENT: CURRAN, J.P., MONTOUR, OGDEN, NOWAK, AND KEANE, JJ. (Filed Nov. 21, 2025.) 

MOTION NO. (996/21) KA 15-00884.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
KHALEEF REED, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.